IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT L. SHAW,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5392

Opinion filed March 20, 2015.

An appeal from an order of the Circuit Court for Duval County.
Kevin Blazs, Judge.

Jeffrey E. Lewis, Criminal Conflict and Civil Regional Counsel, and Lisa P. Varon, Katherine Hinchey and Amanda Kuhn, Assistant Regional Conflict Counsels, Jacksonville, for Appellant.

No appearance for Appellee.

PER CURIAM.

  DISMISSED without prejudice to Appellant seeking a belated appeal.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.